Michael V. Pundeff, SBN 101900
Ben T. Lila, SBN 246808
**MICHAEL V. PUNDEFF & ASSOCIATES**
A Professional Corporation
501 W. Broadway, Suite 1780
San Diego, California 92101
Telephone: (619) 788-5660
mvp@mvplawfirm.com

Attorneys for Defendants:
Wayne A. Votolato, Donna Johnson,
and Pacific Backhoe Works, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC. RETIREMENT TRUST FUND,<br><br>PLAINTIFFS,<br><br>v.<br><br>WAYNE A. VOTOLATO, an Individual; DONNA JOHNSON, and Individual; and PACIFIC BACKHOE WORKS, INC., a California corporation,<br><br>DEFENDANTS. | Case No.: 07 CV 1283 WQH NLS<br><br>**ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

The Court having reviewed the foregoing motion and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants shall have to and including October 19, 2007, in which to file and serve a response to the complaint.

DATED: September 20, 2007

*[signature]*

**WILLIAM Q. HAYES**
United States District Judge

**JOINT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**
07 CV 1283 WQH NLS
Bd. OF Tr. of Assoc'd. Gen. Contactors of Am. v. Votolato, et al.

108565/BTL/6013.01