# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC. RETIREMENT TRUST FUND,<br><br>Plaintiffs,<br>vs.<br>WAYNE A. VOTOLATO, an individual, DONNA JOHNSON, an individual, and PACIFIC BACKHOE WORKS, INC., a California corporation,<br><br>Defendants. | CASE NO. 07cv1283 WQH (NLS)<br><br>**ORDER** |

HAYES, Judge:

The joint motion of the parties to extend the time to respond to the Complaint until November 9, 2007 (Doc. # 18) is **GRANTED.**

DATED: October 30, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge